**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

GILBERTO ALVILLAR QUINTANA,

       Petitioner,

v.                                                                    No. 2:26-cv-00141-MLG-GBW

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security; TODD LYONS,
Acting Director, U.S. Immigration and
Customs Enforcement; MARY DE
ANDA-YBARRA, Director, El Paso ICE
Field Office; PAMELA BONDI, Attorney
General, U.S. Department of Justice; DORA
CASTRO, Warden, Otero County Processing
Center,

       Respondents.

**ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH THE
COURT'S ORDER FOR SERVICE AND TO SHOW CAUSE**

This matter is before the Court sua sponte. Petitioner Gilberto Alvillar Quintana, a Mexican citizen detained at the Otero County Processing Center in Chaparral, New Mexico, Doc. 1 ¶¶ 36, 41, filed a Petition for Writ of Habeas Corpus ("Petition"), Doc. 1, on January 23, 2026. In the Court's January 26, 2026, Order for Service and to Show Cause ("January 26 Order"), Doc. 2, the Court ordered the Clerk's Office to serve the Petition and the January 26 Order on Respondents. *See* Doc. 2 at 1-2. The Court also directed the Clerk's Office to email courtesy copies of the Petition and the January 26 Order to the United States Attorney's Office for the District of New Mexico ("USAO") via the Civil Immigration mailbox. *Id.* at 2. The Clerk's Office satisfied the Court's January 26 Order by, on that same day, mailing copies of the documents to Respondents via the United States Postal Service, and emailing courtesy copies to the USAO.

1

In addition to the service ordered by the Court in its January 26 Order, the Petition was served electronically on federal Respondents by the Clerk's Office on January 29, 2026, in accordance with the Standing Order filed January 28, 2026. *See* Standing Order, *In re Service of Process in Immigration Habeas Petitions Filed Pursuant to §§ 2241 et seq.*, No. 1:26-mc-00004-03 (D.N.M. Jan. 28, 2026); Doc. 5 (indicating that electronic service was completed and that "[a] copy of the petition in this matter was provided to all federal respondents by Notice of Electronic Filing (NEF) using the Case Management and Electronic Case Filing (CM/ECF) system").

It appears the USAO failed to comply with the Court's January 26 Order instructing the USAO that within three days of receiving the January 26 Order and the Petition, it "must respond to the Petition and show cause why this Court should not grant the requested relief." Doc. 2 at 2. By 5 p.m. Monday, February 9, 2026, the USAO is ordered to show cause as to why it failed to file a response. The USAO is further ordered to respond to the Petition no later than 1 p.m. Tuesday, February 10, 2026. The substance of the USAO's response to the Petition must conform to the requirements set by the Court's January 26 Order.

The Court orders the Clerk's Office to electronically serve this Order on Respondents as provided for by the Standing Order. The Clerk's Office must also email a courtesy copy of this Order to the USAO via the Civil Immigration mailbox.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

2